THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES MASON, JR., Appellant.

Submitted November 17, 1952; decided November 25, 1952.

Motion for reargument denied.   [See 245 N. Y. 617.]